UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDDY CASTRO-LEMA, a/k/a<br>JAIME CASTRO-LEMA | No. 2:26-mj-00025-KFW |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott M. Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently detailed as the Prosecutions Unit Programs Manager at Houlton Sector in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases.

2.      From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform

record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases.

3. I make this affidavit in support of a Criminal Complaint charging FREDDY CASTRO-LEMA, a/k/a JAIME CASTRO-LEMA (hereinafter, "CASTRO-LEMA"), with one count of Illegal Re-Entry of Alien After Removal, in violation of Title 8, United States Code, Sections 1326(a). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

### STATEMENT OF PROBABLE CAUSE

4. On January 19, 2026, Border Patrol agents observed a Toyota Corolla bearing Massachusetts plate 6XCP68 at Main Street and Route 133 in Livermore Falls, Maine. The agents conducted a records check on the plate number which revealed the registered owner of the vehicle to be "Jaime Castro-Lema," of Framingham, Massachusetts.

5. While conducting checks, agents observed CASTRO-LEMA and a second individual walk past the Toyota Corolla and then enter a nearby building. A short time later, CASTRO-LEMA and the second individual exited the building.

6. Border Patrol agents approached CASTRO-LEMA and the second individual, as the two began removing license plates of a pick-up truck parked at the location.

7. One of the agents asked CASTRO-LEMA what he was up to and he replied, in Spanish, that he did not speak English. The agent then asked in Spanish, what he was doing, and CASTRO-LEMA replied that he had just purchased the truck.

8. The agent advised that he was a Border Patrol agent and asked what country CASTRO-LEMA was from. CASTRO-LEMA stated that he was from Ecuador. When asked by the agent, CASTRO-LEMA admitted that he was a citizen of Ecuador and that he did not have any documents to establish a legal right to be present in the United States. The second individual was also questioned, and admitted that he, the second individual, was from Ecuador and was in the United States illegally. CASTRO-LEMA and the second individual were arrested and transported to the Rangeley Border Patrol station for further processing.

9. United States Department of Homeland Security (DHS) records revealed that on May 15, 2013, CASTRO-LEMA was ordered removed, *in absentia*, by an immigration judge in Newark, New Jersey. DHS records further revealed that CASTRO-LEMA was subsequently arrested by Immigrant and Customs Enforcement Fugitive Operations and removed from the United States through New Orleans, Louisianna, on July 14, 2014. DHS records reflect that CASTRO-LEMA's name at the time of his prior removal was recorded as "Jaime CASTRO-LEMA." CASTRO-LEMA's fingerprints taken after his arrest on January 19, 2026 matched fingerprints taken from the previously removed individual "Jaime CASTRO-LEMA")

10. At the Rangeley Border Patrol Station, CASTRO-LEMA agreed to speak with agents. During the ensuing interview, CASTRO-LEMA stated that his name was Freddy Servando CASTRO-LEMA, and that he'd changed his name on the civil registry in Ecuador from his previous name, "Jaime Tamilo CASTRO-LEMA." CASTRO-LEMA

further admitted that he'd been previously removed from the United States, and that he never applied to the Attorney General of the United Sates for permission to re-enter the United States after having been removed. CASTRO-LEMA stated that he'd last entered the United States in 2016 in Texas. CASTRO-LEMA signed a sworn statement attesting to these admissions.

## CONCLUSION

I respectfully submit, based on the facts set forth above, that probable cause exists to charge CASTRO-LEMA, by Criminal Complaint with the offense of Illegal Re-Entry After Prior Removal, in violation of Title 8, United States Code, Section 1326(a), and I respectfully request that the accompanying Criminal Complaint be issued.

_____
Scott Hanton
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 22 2026

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title