# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:26-mj-00025-KFW |
| ) | |
| FREDDY CASTRO-LEMA ) | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

It is ORDERED that a preliminary exam and detention hearing is set for January 29, 2026, at 2:00 p.m., before Magistrate Judge Karen Frink Wolf in the Magistrate Judge's Courtroom located at 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

/s/ Karen Frink Wolf
U. S. Magistrate Judge

Dated this 26th day of January, 2026.